UNITED STATES of America,
Plaintiff–Appellee,

v.

Ernesto PRADO–MARTINEZ,
Defendant–Appellant.

No. 04–40252
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 29, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Ernesto Prado–Martinez, Beaumont, TX, pro se.

Before JOLLY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Ernesto Prado–Martinez (Prado), has filed a motion to withdraw and brief pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Prado has filed a response. Our independent review of the brief, Prado's response, and the record discloses no nonfrivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsi-

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

bilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.